No. 429. MOUTON, COLLECTOR OF REVENUE OF LOU-
ISIANA *v.* INTERNATIONAL SHOE Co. Supreme Court of
Louisiana. Certiorari denied. *Chapman L. Sanford* and
*Emmett E. Batson* for petitioner. Brief of *amici curiae,*
in support of the petition, was filed by *Warren C. Colver,*
Attorney General of Alaska; *Robert W. Pickrell,* Attor-
ney General of Arizona; *Bruce Bennett,* Attorney Gen-
eral of Arkansas; *Duke W. Dunbar,* Attorney General of
Colorado, and *John H. Heckers,* Special Assistant Attor-
ney General; *Eugene Cook,* Attorney General of Georgia;
*Bert T. Kobayashi,* Attorney General of Hawaii, and
*Allen I. Marutani,* Deputy Attorney General; *William
Ferguson,* Attorney General of Kansas; *John B. Breckin-
ridge,* Attorney General of Kentucky, and *William S.
Riley,* Assistant Attorney General; *Edward W. Brooke,*
Attorney General of Massachusetts, and *Herbert E.
Tucker, Jr.,* Assistant Attorney General; *Walter F. Mon-
dale,* Attorney General of Minnesota, and *Jerome J.
Sicora,* Assistant Attorney General; *Joe T. Patterson,*
Attorney General of Mississippi, and *Martin R. Mc-
Lendon,* Assistant Attorney General; *Thomas F. Eagle-
ton,* Attorney General of Missouri, and *Eugene G. Bush-
man,* Assistant Attorney General; *William Maynard,*
Attorney General of New Hampshire, and *Alexander J.
Kalinski,* Assistant Attorney General; *Helgi Johanneson,*
Attorney General of North Dakota, and *Paul M. Sand,*
First Assistant Attorney General; *Robert Y. Thornton,*
Attorney General of Oregon, and *Carlisle B. Roberts* and

*Theodore W. de Looze,* Assistant Attorneys General; *Walter E. Alessandroni,* Attorney General of Pennsylvania, and *Edward Friedman* and *George W. Keitel,* Deputy Attorneys General; *Frank L. Farrar,* Attorney General of South Dakota; *John J. O'Connell,* Attorney General of Washington; and *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *T. Carl Holbrook* and *William D. Dexter,* Assistant Attorneys General.